**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**William A. WHITE Defendant-Appellant.**

**No. 17-6879**

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: January 11, 2018

William A. White, Appellant Pro Se. C. Patrick Hogeboom, III, Assistant United States Attorney, Laura Day Rottenborn, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Before MOTZ, KING, and THACKER, Circuit Judges.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. White appeals the district court's order denying his second motion for a new trial based on newly discovered evidence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. White*, No. 7:13-cr-00013-GEC-1, 2017 WL 2378018 (W.D. Va. Conrad, J., May 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*